# UNITED STATES DISTRICT COURT

### MIDDLE  DISTRICT OF  TENNESSEE

UNITED STATES OF AMERICA

V.

CHIEU K. TRAN

## JUDGMENT OF ACQUITTAL

CASE NUMBER:   3:21-cr-00176

The Defendant was found not guilty of Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 and 11 of the Superseding Indictment (Doc. No. 32).  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

IT IS SO ORDERED.

_____
Signature of Judge

_____
Waverly D. Crenshaw, Jr., Chief Judge
Name and Title of Judge

_____
May 15, 2023
Date